**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WIRELESS TOWERS, LLC,

      Plaintiff,

vs.                                                                   Case No.  3:09-cv-676-J-32MCR

CITY OF JACKSONVILLE, FLORIDA,

      Defendant.

_____

**ORDER**

    This case came before the Court for review of the file.  Accordingly, it is hereby

    **ORDERED:**

    1.    Defendant shall file and serve the administrative record no later than **December 22, 2009**, and deliver  a courtesy copy to chambers of the undersigned**.**   If necessary, plaintiff may move to supplement the record.

    2.    No later than **January 20, 2010,** the parties shall file cross motions for summary judgment (not to exceed 25 pages) .

    3.    Responses to cross motions for summary judgment (not exceed 20 pages) are due no later than **February 16, 2010.**

    4.    The parties shall deliver a courtesy copy of all briefs to chambers of the undersigned.

5.      Oral argument on motions for summary judgment will be held on **April 22, 2010 at 2:00 p .m.**, before the undersigned, in Courtroom No. 10D, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

6.      The parties are advised that this Court typically refers all cases to mediation. Accordingly, following conferral with defendant, plaintiff shall have until **December 18, 2009** in which to file a joint notice informing the Court which mediator they wish to have handle the mediation. [1]  The mediation conference shall occur no later than **March 1, 2010.**

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of December, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

md.

Copies to:
Counsel of Record

---

[1]A list of certified mediators is available from the Clerk's Office and on the Court's website. <http://www.flmd.uscourts.gov.>

2